1 *Eff.* 94.

2 *U.S. L.* 96.

---

# FAYETTE COUNTY.

## September Term, 1797.

### WILLIAM DEHART *v.* JEREMIAH GARD.

AN action of debt on a bond of 82*l.* proclamation money of *New-Jerfey*, dated 21ft *November*, 1775, conditioned for the payment of 41*l.* 5*s.* 4*d.* with intereft from the date, was brought to *December* term, 1793.

There was an indorfement, without date of a credit *1797.* of 7*l.* light money. The partits both lived in *New-Jerfey*, at the date of the bond; but immediately afterwards, the defendant removed to this country.

*Simonfon*, for the defendant, relied on the prefumption *1 Burr. 434.* of payment, from length of time, and fome light circum- *Cowp. 109.* ftances

*Young*, for the plaintiff, oppofed to this the interven- *1 T.Rep.270.* ing war, and the defendant's removal to this country.

PRESIDENT. The opinion of juftice *Buller*, in the *1 T.Rep.270.* cafe of *Ofwald v. Legh*, feems to fet the law on this fubject on proper grounds. That was a far ftronger cafe than this. This is a bond of but eighteen years ftanding. A war of eight years had juft commenced before the date of the bond, and feemed foon to deftroy all property, confidence, and credit. Paper money rendered it dangerous for any creditor to demand a debt. The defendant left *New-Jerfey* immediately after. The prefumption ought to be ftrong indeed, to counteract all thefe circumftances.

Verdict for the plaintiff for 81*l.* 11*s.* 4*d.*